# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:21-cv-00042 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) Judge Richardson<br>) Magistrate Judge Newbern |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court should grant summary judgment to the Metropolitan Government of Nashville and Davidson County, Tennessee because its Fire Department lawfully disciplined Plaintiff for speech that undermined its mission and caused disruption. Under the *Pickering* balancing test, Plaintiff's Facebook posts from the summer of 2020 are not entitled to a high level of First Amendment protection because he spoke as an uninformed private citizen on matters of general interest. Plaintiff's posts harmed the Fire Department's mission and interests in efficiency by undermining public trust in his impartiality and trustworthiness. Plaintiff's posts also disrupted the Fire Department's operations by diverting time, energy, and resources away from core functions. For these reasons, detailed in the accompanying memorandum of law, statement of undisputed material facts, and exhibits, the Court should find that the Metropolitan Government did not retaliate against Plaintiff for exercising his First Amendment rights.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *John W. Ayers*
Allison L. Bussell (#23538)
  ASSOCIATE DIRECTOR OF LAW
John W. Ayers (#37494)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
will.ayers@nashville.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing has been served via the Court's CM/ECF system to:

 Larry L. Crain
 5214 Maryland Way, Suite 402
 Brentwood, TN 37027
 larry@crainlaw.legal

on this 18th day of April, 2022.

                                       /s/ *John W. Ayers*
                                       John W. Ayers