## Nashville Fire Department

| | |
|---|---|
| **General Order Memo:** | **18-118** |
| **Issued By:** | **Jamie Summers, HR Manager** |
| **Authorized By:** | **Tim Henderson, Deputy Director Chief** |
| **Subject:** | **Social Media Policy** |
| **Date:** | **November 9, 2018** |

With the holidays approaching and likely a number of festivities it is important to remember to be mindful of what you post, like, share and comment on while using social media.

Please remember the NFD Social Media Policy.

- Employees must receive authorization from the Director-Chief or designee prior to creating a social media site that portrays the Nashville Fire Department, including social media for individual fire stations, specific fire divisions, etc.

- Employees are prohibited from publishing any photos or information related to a Departmental incident without prior consent from the Director-Chief or his designee.

- In general, Nashville Fire Department employees who participate in social media are free to publish their own personal information. Employees who identify themselves or who are identified **(through photos or other means)** as Nashville Fire Department employees while using social media must state in clear terms that their expressed views are theirs alone and do not reflect the views of the Nashville Fire Department. Except as authorized, all employees are prohibited from representing the Nashville Fire Department through their personal use of social media.

- Employees are expected to refrain from social media and online activities that reflect poorly on the Nashville Fire Department. Inappropriate social media and online activities that reflect poorly upon the Nashville Fire Department, its employees, or services, may result in corrective and/or disciplinary action.

- Be mindful of social media accounts connected to you. For example, relatives, friends or co-workers who may tag you in a comment or status.

Please take a moment to check your privacy settings on every one of your social media accounts. Make sure your profile is secure.

Please review this presentation: P:\Sharepoint Documents\Administration\Don't Go Viral this Flu Season.pdf

# Nashville Fire Department

| | |
|---|---|
| **General Order Memo:** | **18-127** |
| **Issued By:** | **Tim Henderson, Deputy Director Chief** |
| **Subject:** | **Social Media Accountability** |
| **Date:** | **November 29, 2018** |

On November 13, 2018, the department posted Memo 18-118 referencing the department's Social Media Policy. All personnel are to review and understand the importance of the memo and OPG 11-02. The NFD strives to be inclusive, respectful, and maintain a high departmental standard as we protect and serve the visitors and citizens of Nashville-Davidson County. As public servants, we are held to a high standard. Social media actions by any NFD personnel that violate or damage public trust or reflect negatively on the department will dictate more stringent disciplinary measures from the department.

Consider this before you text, post or share any information on social media…if it were your wife, husband, son, daughter or any other family member would you want someone sharing a negative, disrespectful or derogatory comment or photo?

# Nashville Fire Department

| | |
|---|---|
| **General Order Memo:** | **20-061** |
| **Issued / Authorized By:** | **Tim Henderson, Deputy Director Chief** |
| **Subject:** | **Social Media** |
| **Date:** | **June 4, 2020** |

We acknowledge that there is a lot happening in the world with COVID-19 and social unrest. It goes without saying that the majority of all NFD personnel conduct themselves and do an outstanding job in performing your task and providing excellent medical care, firefighting, technical rescue operations, prevention / arson, logistics, maintenance, training and administrative duties. I say this to expand on the administration's appreciation of your dedication to your profession.

People are using social media to vent and express their opinions on various topics. Please be reminded, you are a direct representation of the Nashville Fire Department. As outlined in our Social Media Policy, "employees are expected to refrain from social media and online activities that reflect poorly on the Nashville Fire Department. Inappropriate social media and online activities that reflect poorly upon the Nashville Fire Department, its employees, or services, may result in corrective and/or disciplinary action."

Tips: Make your social media pages private and only accept people that you know.

- Follow the Social Media Policy (OPG 11.2.2a) and use a disclaimer
    - Employees who identify themselves or who are identified (through photos or other means) as Nashville Fire Department employees while using social media **must state in clear terms that their expressed views are theirs alone and do not reflect the views of the Nashville Fire Department**.

        *"The disclaimer does not relieve you of your responsibility to ensure your post or comments are not in violation of NFD or Metro policies".

- Follow the Social Media Policy (OPG 11.2.2c) and review content you publish
    - Employees are personally responsible for their activities on social media and are responsible for any content that they publish online. As such, employees may not post material that is defamatory, threatening, obscene, harassing, or that violates the privacy rights of any individual or entity.

Please use the above as a resource to protect yourself, Nashville Fire Department and Metropolitan Government. All members found in violation of these provisions will be subject to disciplinary action, up to and including dismissal, in accordance with departmental procedures and/or Rules of the Civil Service Commission.