| From: | Swann, William (NFD) </O=METRO GOVERNMENT OF NASHVILLE/OU=ISSITE01/CN=RECIPIENTS/CN=FIRENET/CN=WASWANN> |
|---|---|
| To: | Summers, Jamie (NFD-ADM) |
| Sent: | 2/1/2018 7:58:17 AM |
| Subject: | FW: Fwd: Tracy Turner / Chief complaint |

Thanks,
Director William Swann
Nashville Fire Department
Director of OEM
Office: 615-880-2006

**From:** Kay Lingle [mailto:kaylingle6367@gmail.com]
**Sent:** Wednesday, January 31, 2018 3:45 PM
**To:** Swann, William (NFD)
**Subject:** Re: Fwd: Tracy Turner / Chief complaint

Let me know if this worked.
Thanks again for the call.
Kay

On Jan 31, 2018 3:43 PM, "Kay Lingle" <kaylingle6367@gmail.com> wrote:
---------- Forwarded message ----------
From: "Kay Lingle" <kaylingle6367@gmail.com>
Date: Jan 31, 2018 3:42 PM
Subject: Fwd: Tracy Turner / Chief complaint
To: <william.swann@nashville.gov>
Cc:

---------- Forwarded message ----------
From: "Kay Lingle" <kaylingle6367@gmail.com>
Date: Jan 31, 2018 2:26 PM
Subject: Tracy Turner / Chief complaint
To: <william.swan@nashville.gov>
Cc:



Hello sir my name is Kay lingle and I would like to report some vile behavior from one of your employees Chief Tracy Turner is posting white supremacist hateful right-wing propaganda on a local Facebook page called Hip Old Hickory.
I am sure the administrators of this page will be taking down this information shortly however I visited his personal page and he is a hate-filled supremacist vile human being.
I would like for you to investigate him, my house could burn down and I wouldn't let that man near me.
I've been in the Nashville Community for 28 years and it's my understanding that employees of the government as in the fire department and Metro Police Exedra are not allowed to post hate on social media.
Has a bigot a racist and frankly a frightening situation for all of you there that work with him and don't know what he's about.
You may call me at 615-626-7367

MG 000904

Bureau of Labor Statistics. James you should try doing a little research and quit listening and believing everything that Rachel Madcow dude tells you.

Everything you need to know about the Democrat Congress, was the way they reacted during the President's State of the Union speech.

I think you need to get with your physician and try to get those meds straighten out.

Democrats don't have a chance in the next election. Anyone with a brain cell left in their head knows the Dems have nothing to offer unless your an illegal immigrant.

https://m.facebook.com/story.php?story_fbid=1708813252513133&id=100001534243014

These are just a few of his comments.

Good God fire this man.

Sincerely
Kay Lingle

MG 000905



👍 17 >   👍

1h   Like   Reply   👍😆 8

 **Tracy Turner** Democrats don't have a chance in the next election. Anyone with a brain cell left in their head knows the Dems have nothing to offer unless your an illegal immigrant.

51m   Like   Reply

**View 34 previous replies**

🌐 **James Crenshaw** He probabl...

🌐 **James Crenshaw** Tracy Turn...

🌐 **James Crenshaw** Tracy Turn...

 **Ladonna Alcorn-Fonseca** No, but I did see the Trumpsters:



📷   Write a comment...