```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION


TRACY R. TURNER,                         )
                                         )
     Plaintiff,                          )
                                         )
vs.                                      )No. 3:21-cv-00042
                                         )Judge Richardson
METROPOLITAN GOVERNMENT OF               )Mag. Judge Newbern
NASHVILLE AND DAVIDSON COUNTY,           )
                                         )
     Defendants.                         )
_____



                    DEPOSITION OF

                    JAMIE SUMMERS

           Taken on Behalf of the Plaintiff

                  December 8, 2021

               Commencing at 11:13 a.m.




                    Reported by:
             Harpeth Court Reporters
                Franklin, Tennessee
         Ann E. Ramage, RPR, LCR No. 372
```

(615) 933-6786
www.harpethcourtreporters.com
1
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 1 of 10 PageID #: 143

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3           LARRY L. CRAIN
             Crain Law Group, PLLC
 4           5214 Maryland Way, Suite 402
             Brentwood, Tennessee  37027
 5           (615) 376-2600
             Larry@crainlaw.legal
 6


 7  For the Defendant:

 8           JOHN W. AYERS, ESQ.
             Assistant Metropolitan Attorneys
 9           Metropolitan Courthouse, Suite 108
             P.O. Box 196300
10           Nashville, Tennessee  37219
             (615) 862-6341
11           Will.ayers@nashville.gov

12
    Also Present:  Tracy Turner
13

14

15

16

17

18

19

20

21

22

23

24

25
```

(615) 933-6786
www.harpethcourtreporters.com
2
Case 3:21-cv-00042  Document 24-4  Filed 04/18/22  Page 2 of 10 PageID #: 144

I N D E X

INDEX OF EXAMINATIONS

Page

By Mr. Crain .........................................5

By Mr. Ayers .......................................61

INDEX OF EXHIBITS

Page

No. 1   The Metropolitan Government's ............6
        Responses to Plaintiff's First Set
        of Interrogatories and Requests for
        Production

No. 2   7/23/2020 Turner/Tomlinson letter  ......20
        Bates MG 000018-0019

No. 3   8/11/2020 Summers/Smith Email   .........36
        Bates MG 000014

No. 4   Apology .................................37

No. 5   General Order Memo 18-118   .............45
        Bates MG 000389

No. 6   General Order Memo 20-061   .............49
        Bates MG 000391

No. 7   Additional documentation provided to ....53
        panel
        Bates MG 000414-0419

No. 8   7/22/2020 Pleasant/Cotton email .........64
        chain
        Bates MG 000699-0706

(615) 933-6786
www.harpethcourtreporters.com
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 3 of 10 PageID #: 145
3

1  　　　　　　　The deposition of JAMIE SUMMERS was
2  taken on behalf of the Plaintiff on December 8,
3  2021, in the offices of the Metropolitan Fire
4  Department HQ, 63 Hermitage Avenue, Nashville,
5  Tennessee, for all purposes under the Federal Rules
6  of Civil Procedure.
7  　　　　　　　The formalities as to notice, caption,
8  certificate, et cetera, are waived.  All objections,
9  except as to the form of the questions, are reserved
10 to the hearing.
11 　　　　　　　It is agreed that Ann E. Ramage, being
12 a Notary Public and Court Reporter for the State of
13 Tennessee, may swear the witness, and that the
14 reading and signing of the completed deposition by
15 the witness are waived.
16
17
18
19
20
21 　　　　　　　　　　　* * *
22
23
24
25

(615) 933-6786
www.harpethcourtreporters.com
4
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 4 of 10 PageID #: 146

1  Q        So you had not seen anything as of that
2  time?
3  A        Correct.
4  Q        All right.  And had they?
5  A        I have no idea.
6  Q        Were they aware of the fact that Tracy
7  Turner had posted something to his personal Facebook
8  post that someone found objectionable?
9              MR. AYERS:  Object to the form.
10             THE WITNESS:  I can't answer that
11 because I don't know.
12 BY MR. CRAIN:
13 Q        Okay.  So tell me your best recollection of
14 that meeting or discussion.
15 A        So when I met with them and, like I said, I
16 don't remember if it was Joseph or Chief Swann or
17 Chief Henderson, or however it was brought to our
18 attention that Mr. Turner had made these Facebook
19 posts.  We were getting calls from councilmembers,
20 from the public, and it had just really kind of grew
21 legs on its own.  And we were doing, I think -- they
22 were doing -- everybody was doing everything they
23 could do to get to try to get ahead of that because
24 the calls were coming in.  I don't have Facebook, so
25 I can't see anything that he had posted.  So I think

(615) 933-6786
www.harpethcourtreporters.com
13
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 5 of 10 PageID #: 147

1  then maybe I instructed Joseph or Joseph had already
2  had all of the paperwork and stuff and said, let's
3  get together and see what we got and kind of what
4  we're dealing with.  And that is how my involvement
5  got started.
6  Q       Had anyone been tracking those calls or
7  keeping a record of calls that had been coming in?
8  A       Angie Goins.
9  Q       So do you think Ms. Goins would today have a
10 copy of notes reflecting those calls?
11 A       I don't know.
12 Q       Have you ever seen a listing or memo that
13 summarizes what calls had come in that day?
14 A       No.
15 Q       Okay.  You said calls were coming in from
16 the public and from the Metro council; am I correct?
17 A       Correct.
18 Q       All right.  But no one had yet furnished to
19 you a copy of any such Facebook posts?
20 A       They had not sent them to me, no.
21 Q       All right.  And you use posts, plural.  Are
22 you satisfied that at that point in time when you
23 first met with either Mr. Pleasant or Mr. Swann, it
24 was a number of posts or a single post?
25 A       I don't know.  I don't.

(615) 933-6786
www.harpethcourtreporters.com
14
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 6 of 10 PageID #: 148

```
 1   Q        Okay.  In other words, do you have an
 2   opinion one way or the other, had there not been any
 3   news media in this case, whether or not the
 4   sanctions that were imposed would have been imposed?
 5   A        I don't really make those decisions, but I
 6   think it can be a factor.
 7   Q        How big a factor was it in this case, just
 8   from your own observations?
 9   A        From my own observations, I don't -- I think
10   it was a huge factor because of the amount of calls
11   that we got.
12   Q        Calls after it had made the news, in other
13   words?
14   A        I don't know how they came in.
15   Q        Okay.  In other words -- you know someone
16   named Vincent Dixie?
17   A        I heard his name during the panel for the
18   first time.
19   Q        Did you ever look at a news broadcast in
20   which they interviewed Mr. Dixie?
21   A        After the panel hearing.  I think after it
22   was brought to our attention by Mr. Turner.
23   Q        Were you, by the way, involved in the
24   drafting of the press release that your department
25   had issued?
```

(615) 933-6786
www.harpethcourtreporters.com
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 7 of 10 PageID #: 149
33

1  don't follow scripture anywhere near how I should."
2  And I believe you said earlier that you didn't see any
3  problem with this post; is that correct?
4  A        Yes.
5  Q        Would you agree that religion is a matter of
6  public concern?
7  A        It is.
8  Q        And would you agree that the role of the
9  news media is a matter of public concern?
10 A        Yes.
11 Q        So looking at this post, you would agree
12 that this post touches on matters of public concern?
13 A        Yes.
14 Q        But just because it does that doesn't mean
15 it violates policy, does it?
16 A        Correct.
17 Q        Okay.
18 A        And let's go to two pages before this.  This
19 is MG 25, this is a post that says, "I'm really
20 tired of the bullshit.  If all white people can be
21 guilty for slavery because of a few plantation
22 owners, then black people get to share the same
23 guilt.  There were black plantation owners as well.
24 So if all whites are guilty, so are blacks."
25          And then there's a Wikipedia entry, snippet

(615) 933-6786
www.harpethcourtreporters.com
62
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 8 of 10 PageID #: 150

1  below that.  Is there a problem with this post?
2              MR. CRAIN:  Objection.  You can answer.
3              THE WITNESS:  I think it's -- it hits
4  on the same thing as everything else.  It's
5  sensitive in the environment because of the
6  environment in what we live today for racial
7  inequities from a historical standpoint.
8  BY MR. AYERS:
9  Q      Do you think this post violates Nashville
10 Fire Department social media policy?
11 A      I don't know.  I would have to go back and
12 look at the policy in itself.  But with the
13 discredit, you know, something that brings discredit
14 on the department, I think the problem with this
15 post is that if a black person sees that, then they
16 may think that Mr. Turner has an issue with African
17 Americans and, therefore, could impede on his
18 ability to do his job.  And that's where it becomes
19 problematic for the fire department.
20 Q      Okay.  But not just because it's a matter of
21 public concern?
22 A      You're saying is that the only reason?  I'm
23 sorry?
24 Q      Yeah.  Let me rephrase that better.
25         The reason the post is problematic, you're

(615) 933-6786
www.harpethcourtreporters.com
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 9 of 10 PageID #: 151
63

1 saying, is not because it's a matter of public
2 concern but because of the public perception?
3 A     Correct.
4 Q     Okay. So is it fair to say that the fire
5 department's social media policy is not -- it
6 doesn't prevent employees from speaking on matters
7 of public concern; is that right?
8 A     Correct.
9         MR. CRAIN: Objection.
10 BY MR. AYERS:
11 Q     All right. I'm going to give you another
12 document and we will enter this as the next-numbered
13 exhibit.
14         (Marked Exhibit No. 8.)
15 BY MR. CRAIN:
16 Q     And so these are some documents that we
17 produced, beginning at Bates number MG 000699 going
18 through 706. And you can take your time and look
19 through these.
20         So we have the first page being part of the
21 email exchange between Joseph Pleasant and then --
22 well, it looks like several employees at WKRN news
23 station. And I will just read this introduction.
24         "Hi, Mr. Pleasant, I appreciate your
25 attention to this. I've also attached an additional

(615) 933-6786
www.harpethcourtreporters.com
64
Case 3:21-cv-00042   Document 24-4   Filed 04/18/22   Page 10 of 10 PageID #: 152