UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER,<br><br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY,<br><br>  Defendant. | Case No. 3:21-cv-00042<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On April 18, 2022, Defendant Metropolitan Government of Nashville and Davidson County, Tennessee, filed a motion for summary judgment on Plaintiff Tracy Turner's claims against it. (Doc. No. 24.) As established by the initial case management order (Doc. No. 12, 23), any response in opposition to the motion for summary judgment must be filed by May 16, 2022. Any optional reply shall be filed by May 31, 2022.

Any filings made related to the motion for summary judgment, including motions for extensions of time or to exceed page limits, shall be decided by Judge Richardson unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge