IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, | ) |
| Plaintiff, | ) NO. 3:21-cv-00042 |
| v. | ) JUDGE RICHARDSON |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, | ) |
| Defendant. | ) |

## ORDER

In light of the pending motion for summary judgment (Doc. No. 24), the trial scheduled to begin on October 4, 2022, as well as its corresponding pretrial deadlines, are CANCELED and will be rescheduled, if appropriate, after resolution of the pending motion for summary judgment.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE