IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00042 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE & DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is "Defendant's Motion to Continue Trial" (Doc. No. 49, "Motion"). On January 22, 2024, a Report of Mediation (Doc. No. 50, "Report"), informing the Court that mediation had been successful and that the parties had reached a settlement agreement. In light of the Report, the Motion is DENIED as moot. On or before February 27, 2024, the parties shall file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The pretrial conference set for February 12, 2024, and the jury trial set for February 20, 2024, are CANCELED, to be rescheduled in the event that the settlement unexpectedly is not consummated.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE