IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRACY R. TURNER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| -vs- | ) Case No. 3:21-CV-00042 |
| | ) |
| | ) Judge Eli J. Richardson |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) |
| | ) |
| *Defendant*. | ) |

---

**JOINT MOTION TO REINSTATE CASE TO ACTIVE DOCKET**

---

Come now Tracy Turner and the Metropolitan Government of Nashville and Davidson County, Tennessee, by and through their respective counsel of record, and respectfully request that this case be reinstated to the active case docket and a new jury trial date be assigned.[1] As grounds for this Joint Motion, counsel would state that during a mediation on January 16, 2024, the parties were able to come to a settlement of all claims presented in this action. This settlement was subject to the Metropolitan Council adopting a resolution approving the terms of the settlement. At its meeting on March 7, 2024, the

---

[1] Lead counsel for the Metropolitan Government will be in trial in a different federal matter beginning June 25, 2024. Her co-counsel in this case also has a prescheduled vacation during the third week of June. To avoid conflicts with these dates and to provide counsel with adequate time to prepare for both trials, the Metropolitan Government requests that the trial in this case be set on a date *other than* June 11, 18, or 24, and July 2 or 9.

Metropolitan Council voted down the resolution approving the agreed upon settlement between the parties.

WHEREFORE, the parties request that this case be restored to active status, and that a new jury trial date be assigned, as well as any further orders the Court deems necessary.

Respectfully submitted,

**CRAIN LAW GROUP, PLLC**

By:
   */s/ Larry L. Crain*
Larry L. Crain, Tenn.Sup. Crt. # 9040
Emily Castro
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN  37027
(615) 376-2600
Larry@Crainlaw.legal

*Attorneys for the Plaintiff*


/s/ Allison L. Bussell
Allison L. Bussell
John W. Ayers
Department of Law for the
Metropolitan Government of Nashville and Davidson County
Metropolitan Courthouse, Suite 108
P. O. Box 196300
Nashville, TN  37219
allison.bussell@nashville.gov
will.ayers@nashville.gov

*Counsel for the Defendant*