IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 3:21-cv-00042 |
| ) | JUDGE RICHARDSON |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE & DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court are five motions in limine (Doc. Nos. 73-77). At the pretrial conference held on January 27, 2025, after a colloquy with the parties, the Court ruled on each of the motions in limine. Those rulings are memorialized herein.

Each of Plaintiff's motions in limine (Doc. Nos. 73-75) are denied without prejudice to Plaintiff's prerogative to make any objection at trial as he sees fit. Both of Defendant's motions in limine (Doc. Nos. 76, 77) are granted as unopposed.

At the pretrial conference, the Court also ruled on "Defendant's Objections to Plaintiff's Deposition Designations" (Doc. No. 96) after a colloquy with the parties. The Court sustains each of the various objections therein (some of which Plaintiff did not contest), with the exception of the objection to William Swann's deposition at page 42, lines 18-23, which the Court overrules.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE