IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRACY R. TURNER, )
)
    Plaintiff, )
)
v. ) No. 3:21-cv-00042
)
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, )
)
    Defendant. )

## **VERDICT**

We, the jury, unanimously find as follows on the following five special interrogatories:

1. Did Defendant reasonably believe that Plaintiff's Facebook posts were likely to impair discipline by superiors at the Nashville Fire Department?

   ☐ Yes

   ☑ No

2. Did Defendant reasonably believe that Plaintiff's Facebook posts were likely to have a detrimental impact on close working relationships at the Nashville Fire Department?

   ☐ Yes

   ☑ No

3. Did Defendant reasonably believe that Plaintiff's Facebook posts were likely to impede the performance of Plaintiff's duties at the Nashville Fire Department?

   ☐ Yes

   ☑ No

4. Did Defendant reasonably believe that Plaintiff's Facebook posts were likely to interfere with the orderly operation of the Nashville Fire Department?

   ☐ Yes

   ☑ No

5. Did Defendant reasonably believe that Plaintiff's Facebook posts were likely to undermine the mission of the Nashville Fire Department?

   ☐ Yes

   ☑ No

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             2-7-25
                              Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRACY R. TURNER, )
)
    Plaintiff, )
)
v. ) No. 3:21-cv-00042
)
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, )
)
    Defendant. )

## VERDICT – Phase II

1. What amount of loss of earnings/back pay, if any, do you award Plaintiff?

   $ __$7,513.22__

2. What amount of compensatory damages, if any, do you award Plaintiff?

   $ __$1,712,000__

_____
2-7-25
Date