IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cv-00042 |
| | ) JUDGE RICHARDSON |
| | ) |
| METROPOLITAN GOVERNMENT OF | ) |
| NASHVILLE AND DAVIDSON | ) |
| COUNTY, | ) |
| | |
| Defendant. | |

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried, and the jury returned its verdict. Based on the answers to the special interrogatories returned by the jury on the first verdict form, the Court found in favor of Plaintiff on his First Amendment retaliation claim. On the subsequent ("Phase II") verdict form addressing damages, the jury awarded Plaintiff $7513.22 in back pay and $1,712,000 in compensatory damages.

Accordingly, judgment is entered in favor of Plaintiff in the amount of $1,719,513.22

DATE: February 11, 2025.

LYNDA HILL, CLERK OF COURT
By: Julie Jackson
DEPUTY CLERK