IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRACY R. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00042 |
| | ) Judge Richardson |
| METROPOLITAN GOVERNMENT OF | ) Magistrate Judge Newbern |
| NASHVILLE AND DAVIDSON COUNTY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO DEPOSIT JUDGMENT

Defendant Metro Nashville moves for leave under Federal Rule of Civil Procedure 67 to deposit the amount of the $1,719,513.22 judgment entered on February 11, 2025, with the Court. Metro Nashville does not intend to challenge the jury's $7,513.22 back pay award to Plaintiff, plus post-judgment interest. However, Metro Nashville reserves the right to challenge the jury's $1,712,000.00 compensatory damages award and, therefore, gives notice that this amount is in dispute. *See Gulf States Utilities Co. v. Alabama Power Co.*, 824 F.2d 1465, 1474 (5th Cir.), *amended*, 831 F.2d 557 (5th Cir. 1987).

Defendant has conferred with counsel for Plaintiff concerning its request to deposit the full amount of the judgment with the Court. Plaintiff does not oppose the motion. A proposed order that conforms to the requirements in Local Rule of Court 67.01 is attached hereto.

Respectfully submitted,

THE DEPARTMENT OF LAW
OF THE METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *John W. Ayers*
Allison L. Bussell (#23538)
  ASSOCIATE DIRECTOR OF LAW
John W. Ayers (#37494)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
will.ayers@nashville.gov

*Counsel for the Metropolitan Government*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's Electronic Case Filing (ECF) System to:

Larry L. Crain
Emily Castro
5214 Maryland Way, Suite 402
Brentwood, TN 37027

on this 18th day of February, 2025.

/s/ *John W. Ayers*
John W. Ayers