# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| TRACY R. TURNER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00042 |
| | ) Judge Richardson |
| METROPOLITAN GOVERNMENT OF | ) Magistrate Judge Newbern |
| NASHVILLE AND DAVIDSON COUNTY, | ) ) |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR NEW TRIAL OR REMITTITUR

The jury's award of $1,712,000 in compensatory damages to Plaintiff for emotional distress and reputational damage is excessive, unsupported by evidence, and far above what any reasonable jury could award based on the proof at trial. Therefore, Metro Nashville moves under Federal Rule of Civil Procedure 59(a) for a new trial or, in the alternative, remittitur to $200,000. In support of this motion, Metro Nashville invites the Court to consider the accompanying memorandum of law.

Respectfully submitted,

THE DEPARTMENT OF LAW
OF THE METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *John W. Ayers*
Allison L. Bussell (#23538)
  ASSOCIATE DIRECTOR OF LAW
John W. Ayers (#37494)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov

will.ayers@nashville.gov

*Counsel for the Metropolitan Government*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been served via the Court's Electronic Case Filing (ECF) System to:

Larry L. Crain
Emily Castro
5214 Maryland Way, Suite 402
Brentwood, TN 37027

on this 10th day of March, 2025.

                                                          /s/ *John W. Ayers*
                                                          John W. Ayers

{N0673525.1}                                2

Case 3:21-cv-00042   Document 123   Filed 03/10/25   Page 2 of 2 PageID #: 2541