IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRACY R. TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:21-cv-00042 |
| | )   Judge Richardson |
| METROPOLITAN GOVERNMENT OF | )   Magistrate Judge Newbern |
| NASHVILLE AND DAVIDSON COUNTY, | ) |
| | ) |
|     Defendant. | ) |

## METRO NASHVILLE'S RESPONSE TO MOTION TO INTERVENE

Metro Nashville does not oppose the Nashville Firemen's Credit Union's request to intervene in this lawsuit for the sole purpose of protecting the Credit Union's interest in any funds that may be payable to Plaintiff Tracy Turner upon final judgment. That said, Metro Nashville disputes the Credit Union's claim that the garnishment filed as Exhibit 3 to the motion to intervene (Doc. No. 127-3) created an obligation on Metro Nashville's part to protect the Credit Union's interest or prevented Metro Nashville from depositing the full amount of the judgment in this case to the Court pending the Court's resolution of Metro Nashville's motion for remittitur.

                                            Respectfully submitted,

                                            THE DEPARTMENT OF LAW
                                            OF THE METROPOLITAN GOVERNMENT OF
                                            NASHVILLE AND DAVIDSON COUNTY
                                            WALLACE W. DIETZ (#9949)
                                            DIRECTOR OF LAW

                                            /s/ *Allison L. Bussell*
                                            Allison L. Bussell (#23538)
                                              ASSOCIATE DIRECTOR OF LAW
                                            John W. Ayers (#37494)
                                              ASSISTANT METROPOLITAN ATTORNEY
                                            Metropolitan Courthouse, Suite 108
                                            P.O. Box 196300
                                            Nashville, Tennessee 37219

(615) 862-6341
allison.bussell@nashville.gov
will.ayers@nashville.gov

*Counsel for Metro Nashville*