IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRACY R. TURNER, | ) |
| *Plaintiff*, | ) |
| -vs- | ) Case No. 3:21-cv-00042 |
| | ) JURY DEMAND |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) |
| *Defendant*. | ) |

**PLAINTIFF TRACY TURNER'S RESPONSE TO MOTION TO INTERVENE**

Tracy R. Turner does not oppose the Nashville Firemen's Credit Union's request to intervene for the sole purpose of asserting its alleged judgment lien, subject to the Plaintiff's preservation of his statutory exemption under Tenn. Code Ann. § 26-2-301, *et seq*., and any other exemptions or defenses he may have to this claimed state court judgment lien.

Respectfully submitted,

**CRAIN LAW GROUP, PLLC**

By:
 */s/ Larry L. Crain*
Larry L. Crain, Tenn.Sup. Crt. # 9040
**CRAIN LAW GROUP, PLLC**
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
Larry@Crainlaw.legal

*Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of May, 2025, a true and exact copy of the foregoing Plaintiff's Response to Motion To Intervene was served upon the person(s) listed below via the Court's ECF-filing system:

| | |
|---|---|
| Jeff Campbell<br>Allison Bussell<br>Assistant Metropolitan Attorney's<br>Department of Law<br>Metropolitan Courthouse, Suite 108 P.O. Box 196300<br>Nashville, TN 37219-6300<br>615-862-6341<br>Jeff.Campbell2@Nashville.gov<br>Allison.Bussell@Nashville.gov | MIKE J. URQUHART<br>Attorney for Nashville Firemen's C/U<br>121 East Cedar Street<br>Goodlettsville, Tennessee 37072<br>Office: 615/251-6968<br>Fax: 615/251-6975<br>mikejurquhart@hotmail.com |

                                      */s/ Larry L. Crain*
                                      Larry L. Crain