IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:21-cv-00042 |
| ) | |
| ) | District Judge Eli Richardson |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. ) | |

**AMENDED JUDGMENT**

On February 11, 2025, the Court entered judgment in favor of Plaintiff in the total amount of $1,719,513.22, representing $7,513.22 in back pay and $1,712,000 in compensatory damages. Consistent with its Order entered today (Doc. No. 132), the Court amends the judgment as follows:

Judgment is entered in favor of Plaintiff for $7,513.22 in back pay and $500,000.00 in compensatory damages, for a total amount of $507,513.22.

DATE: July 9, 2025.

_____
LYNDA HILL, CLERK OF COURT