IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY R. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:21-cv-00042 |
| ) | JUDGE RICHARDSON |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. | |

## ORDER

Pending before the Court is the "Unopposed Motion for Entry of Agreed Order" (Doc. No. 134, "Motion"), which has proposed instructions for disbursement of funds ("Deposited Funds") deposited by Defendant into the registry of this Court in connection with this case. (*See* Doc. No. 118). The Motion is GRANTED IN PART AND DENIED IN PART. Specifically, the Motion is granted in that the Court will enter (separately) an "Order to Disburse Funds" that will reflect in all material respects the intention of the parties as reflected in their proposed agreed order (Doc. No. 134-1, "Agreed Order"),  The Motion is denied to the extent that it seeks entry of the exact (verbatim) language of the Agreed Order; the Court needs to tweak the language somewhat because the forthcoming "Order to Disburse Funds" must (and will) provide for the disbursement of whatever interest has accrued on the Deposited Funds since their deposit.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRCIT JUDGE